IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES D. JENKINS,

    Petitioner,

v.                                              4:23cv154–WS/MJF

RICKY DIXON,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 31) docketed October 1, 2024. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus without prejudice. Petitioner has filed no objections to the magistrate judge's report and recommendation.

    Upon review of the record, the undersigned has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

    1. Respondent's motion to dismiss (ECF No. 27) is GRANTED to the

limited extent that Petitioner's claims are unexhausted under 28 U.S.C. § 2254(b)(1)(A), because his appeal in the First DCA remains pending. The motion to dismiss is DENIED in all other respects.

    2. Petitioner's third amended petition for writ of habeas corpus (ECF No. 24) is DISMISSED without prejudice.

    3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice.

    4. A certificate of appealability is DENIED.

    5. The clerk shall close the case.

    DONE AND ORDERED this __10th__ day of __November__, 2024.

                                    s/ William Stafford  
                                    WILLIAM STAFFORD  
                                    SENIOR UNITED STATES DISTRICT JUDGE